Scott Gardner
4052 Bayberry Knoll Lane
Ravenna, Ohio 44266



September 15, 2023

United States District Court
Northern District of Ohio

Re: Case No. 22-CV00992-BMB Fambrough vs. City of East Cleveland

To the Honorable Bridget Brennan,
United States District Judge

Dear Judge Brennan,

I hope this letter finds you in good health and high spirits. I am writing to bring to your attention an issue regarding my involvement in the aforementioned case. I am one of the defendants in this matter.

To provide some context, I have been in contact with the attorneys representing the plaintiffs in this case and have engaged in several phone conversations with them. However, despite these interactions, I have not received any communication directly from the court itself. As of today, Friday, September 15, 2023, I have not received via USPS the order that was emailed to me by your Courtroom Deputy, Ashley Hathaway. In fact, I only became aware of the existence of this order after receiving a call from Cleveland.com.

I absolutely received no notice from the court that there was a case management conference scheduling order requiring initial disclosures because I have not been receiving service of any documents pertaining to the case other than the appeals that the plaintiff's attorney has been forwarding me.

I kindly request your assistance in resolving this matter and ensuring that future communication from the court reaches me in a timely manner. It is essential for the integrity of the judicial process that all parties involved receive equitable treatment and have access to the necessary information.

Please do not hesitate to contact me if you require any further information or if there are any additional steps, I should take to address this matter. I can be reached at the contact details provided above.

Wishing you continued success in your honorable service to the court.

Sincerely,

Scott P. Gardner