UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM FAMBROUGH, *et al.*, | ) | CASE NO.:   1:22-cv-00992 |
| | ) | |
| Plaintiffs, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF EAST CLEVELAND, *et al.*, | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |

For the reasons stated in this Court's Memorandum Opinion and Order, the motion for summary judgment filed by the City of East Cleveland and Michael Smedley (Doc. 103) is GRANTED.  The motion for summary judgment filed by William Fambrough and Legacy Communications, LLC (Doc. 104) is DENIED.  Defendant Scott Gardner's motion for summary judgment (Doc. 108) is GRANTED.  This case is now CLOSED.

**IT IS SO ORDERED.**

**Date**:  March 19, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE